# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BRENDA M. JOHNSON,<br><br>       Plaintiff,<br><br>  v.<br><br>ELECTRONIC TRANSACTION CONSULTANTS CORPORATION, et al., | CASE NO. 2:19-cv-00337-RAJ<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Richard A. Jones.

DATED this 12th day of March, 2019.

              _____
              BRIAN A. TSUCHIDA
              Chief United States Magistrate Judge