*Pro Se 8 2016*

```
_____ FILED _____ LODGED
_____ RECEIVED

    MAR 05 2019

     CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

**RECEIVED**

**MAR 0 8 2019**

**IN SEATTLE**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Brenda Johnson

Vs.

Electronic Transaction Consultants
Corporation,

# C19 0337 RAJ

CASE NO. _____
[to be filled in by Clerk's Office]

**COMPLAINT FOR A VIOLATION OF
FAIR LABOR STANDARDS**

Jury Trial: ☒ Yes  ☐ No

## I.    THE PARTIES TO THIS COMPLAINT

A.    Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.*

| | |
|---|---|
| Name | Brenda M. Johnson |
| Street Address | 1521 6th ave |
| City and County | Tacoma, Pierce |
| State and Zip Code | Washington, 98405 |
| Telephone Number | 253-226-4324 or 253-226-7009 |

COMPLAINT FOR A VIOLATION OF FAIR LABOR
STANDARDS - 1

*Pro Se 8 2016*

B.    Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | Electronic Transaction Consultants Corporation |
| Job or Title *(if known)* | |
| Street Address | 1705 N Plano Rd, |
| City and County | Richman, TX |
| State and Zip Code | TX 75081 |
| Telephone Number | (214) 615-2302 |

Defendant No. 2

| | |
|---|---|
| Name | Washington Department of Transportation |
| Job or Title *(if known)* | Department of Transportation |
| Street Address | 4554 9th Avenue NE |
| City and County | Seattle WA 98105 |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

COMPLAINT FOR A VIOLATION OF FAIR LABOR
STANDARDS - 2

Pro Se 8 2016

1    Defendant No. 4

2        Name                                    _____

3        Job or Title *(if known)*               _____

         Street Address                          _____

4        City and County                         _____

5        State and Zip Code                      _____

         Telephone Number                        _____

6

7

8   C.    Place of Employment

         The address at which I am employed or was employed by the defendant(s) is

9
         Name                      Brenda M. Johnson
10
         Job or Title *(if known)*  Judiciary Department
11
         Street Address            4554 9th Avenue NE
12
         City and County           Seattle, WA

         State and Zip Code        98105
13
                                   1-866-936-8246
         Telephone Number          1-206-204-3885 (local)
14

15               **II.    BASIS FOR JURISDICTION**

16        Federal courts are courts of limited jurisdiction (limited power). Generally, only two

17   types of cases can be  heard in federal court: cases involving a federal question and cases

18   involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under

19   the United States Constitution or federal laws or treaties is a federal question case. Under 28

20   U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and

21   the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of

22   citizenship case, no defendant may be a citizen of the same State as any plaintiff.

23        What is the basis for federal court jurisdiction? (check all that apply)

24        ☒   Federal question            ☐   Diversity of citizenship

COMPLAINT FOR A VIOLATION OF FAIR LABOR
STANDARDS - 3

Pro Se 8 2016

1    Fill out the paragraphs in this section that apply to this case.

2    A.    If the Basis for Jurisdiction Is a Federal Question

3    List the specific federal statutes, federal treaties, and/or provisions of the United States

4    Constitution that are at issue in this case.

5    Civil Rights: Due process of the law- violated by employers when discharging employees

6    Non-payment of performed work, breach of contract, denial of benefits violated fifth and

7    fourteenth amendment rights , non-compliance state and federal laws which caused negligence

8    and serve hardship due to retaliation.

9    

10    B.    If the Basis for Jurisdiction Is Diversity of Citizenship

11        1.    The Plaintiff(s)

12            a.    If the plaintiff is an individual.

13    The plaintiff (*name*) Brenda M. Johnson, is a citizen of the State of (*Washington*)

14    Washington.

15            b.    If the plaintiff is a corporation.

16    The plaintiff, (*name*) Click here to enter plaintiff's name., is incorporated under the laws

17    of the State of (*name*) Click here to enter state, is incorporated under the laws of the State of

18    (*name*) Click here to enter state, and has its principal place of business in the State of (*name*)

19    Click here to enter state.

20    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

21

22

23

24

COMPLAINT FOR A VIOLATION OF FAIR LABOR
STANDARDS - 4

Pro Se 8 2016

1

2.    The Defendant(s)

2

    a.   If the defendant is an individual.

3

The defendant, (*name*) Electronic Transaction Consultants Corporation, is a citizen of

4

the State of (*name*) Washington.  Or is a citizen of (*foreign nation*) Click here to enter country..

5

    b.   If the defendant is a corporation.

6

The defendant, (*name*) Electronic Transaction Consultants Corporation, is incorporated

7

under the laws of the State of (*name*) Washington, and has its principal place of business in the

8

State of (*name*) Click here to enter state.

9

Or is incorporated under the laws of (*foreign nation*) Click here to enter country., and has

10

its principal place of business in (*name*) Click here to enter location..

11

    (*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

12

3.    The Amount in Controversy.

13

The amount in controversy-the amount the plaintiff claims the defendant owes or the

14

amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

15

$4,700,000.00 default judgment and know response made timely in administrative

16

proceedings, state and federal proceedings.

17

18

19

20

21

**III.    STATEMENT OF CLAIM**

22

*State as briefly as possible the facts of your case.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any*

23

*cases.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

24

COMPLAINT FOR A VIOLATION OF FAIR LABOR
STANDARDS - 5

*Pro Se 8 2016*

1  42 U.S. Code § 1983. Civil action for deprivation of rights :Brenda Johnson was an employee of
   under 6 u.s.c. 1142 and 1135 . She worked in the Judiciary Department of GOOD TO GO AND
2  WAS TERMINATED FOR FILING A OSHA COMPLAINT. SECRETARY OF LABOR
   CONSIDERED FILING TIMELY. Johnson was derived pay , benefits , and due process of the
3  law a violation of her 5th and 14th amendment rights to have a fair trial before her peers. Jury
   Trial

4
   Johnson was treated differently than other employees. Plaintiff's safety and health was
5
   jeopardized due to noncompliance, and negligence. Brenda was terminated and did not receive
6
   fair and impartial treatment.
7

8

9
   A.    Nature of employer's business:
10
   Brenda Johnson worked for the Department of Transportation in Judiciary department
11
   assisted with the scheduling of hearing, evidence packets for dispute of tolling across Bridges
12
   and HWY. Provided Passes, training assisted in enforcement of payments owed to the State of
13
   Washington , and helped out back office and call center when asked.
14

15

16
   B.    Dates of employment:
17
   August 27, 2013 offered started September 4, 2013 until July 25, 2014.
18

19

20

21
   C.    Employee's job title and a description of the kind of work done:
22
   Brenda Johnson worked for the Department of Transportation in Judiciary department
23
   assisted with the scheduling of hearing, evidence packets for dispute of tolling across Bridges
24

COMPLAINT FOR A VIOLATION OF FAIR LABOR
STANDARDS - 6

Pro Se 8 2016

1    and HWY. Provided Passes, training assisted in enforcement of payments owed to the State of

2    Washington , and helped out back office and call center when asked.

3    _____

4    _____

5    _____

6    D.    Rate, method, and frequency of wage payment:

7    Executive Branch every two weeks started Salary $34,000.00 with benefits, increase

8    living pay once a year.

9    _____

10   _____

11   _____

12   E.    Number of hours actually worked each week in which a violation is claimed:

13   42.50 weekly or more until hours cut on July 25, 2014

14   _____

15   _____

16   F.    Description of the alleged violation(s) (check all that apply):

17   ☒      Failure to pay the minimum wage (explain)

18   With held last check  covered under epa 1963 rights violation and reinstate

19   _____

20   _____

21   ☒      Failure to pay required overtime (explain)

22   Hours cut short

23   _____

24   _____

COMPLAINT FOR A VIOLATION OF FAIR LABOR
STANDARDS - 7

Pro Se 8 2016

1    ☒    Other violation(s) (*explain*)

2  G.    Date(s) of the alleged violation(s):

3    Workers Comp denial, employment violations, LNI violation, failure to report

4    Safety and health issues such as chemical for replacement  roofing during work hours.

5    _____

6    _____

7  H.    Additional facts:

8

9    Denial of short term disability std _____

10   _____

11   _____

12                        **IV.    RELIEF**

13  *State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do*
*not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing*
14  *at the present time. Include the amounts of any actual damages claimed for the acts alleged and*
*the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts,*
15  *and the reasons you claim you are entitled to actual or punitive money damages.*

16

17    Brenda Johnson is seeking $360,000.00 /and up for non-payment, wrongful termination

18  under protective status, denial of benefits, punitive damages, litigation cost, legal/attorney cost

19  and any other cost that the court deems just for pain and suffering such as back wages and future

20  wages lost. _____

21   _____

22   _____

                        **V.    CERTIFICATION AND CLOSING**
23

24    Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

knowledge, information, and belief that this complaint: (1) is not being presented for an improper
COMPLAINT FOR A VIOLATION OF FAIR LABOR
STANDARDS - 8

Theft of Government property worth more than $75,000,000.00 stated by ETC 3:14-cv-05872 pages 1-6 . Plaintiff had only requested $4,700,000.00 which is a difference of =$70,300,000.00 . This would be fraud and Theft of Property

Plaintiff Brenda started in  default judgement $4,700,000.00 exhibit cx Corporation's disclosure Settlement Meeting fraud on oath.

Plaintiff seeks damages alleged by Defendant Electronic Transactions upon removal 10/31/2014 and refiles under Non-compliance of State and Federal laws . Due to Electronics Consultants Corporation Negligence.,Brenda Johnson suffered pain and suffering, Trauma, deformation of Character,  lost of assets ,  and retaliation to a person disabled under statue title xvi. Denial of benefits, back wages and future wages , lost of property, matching on 401 K , increase of salary , and suffered injures not claimed prior to submittal.

Plaintiff's right  denied for due process of the law . This was a violation under her 5th amendment and 14th amendment rights.  Request for Jury demand was denied and settlement was not reached.  Here is your Citizen Report tracking number: CSS1901478


Case 3:14-cv-05872 Document 1 Filed 10/31/14 Page 1 of 6 Notice of removal

Case 3:14-cv-05872 Document 2 Filed 10/31/14 Page 1 of 3 Corporate disclosure



Brenda M. Johnson

*Pro Se 8 2016*

1   purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

2   (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

3   reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

4   identified, will likely have evidentiary support after a reasonable opportunity for further

5   investigation or discovery; and (4) the complaint otherwise complies with the requirements of

6   Rule 11.

7        I agree to provide the Clerk's Office with any changes to my address where case-related

8   papers may be served. I understand that my failure to keep a current address on file with the

9   Clerk's Office may result in the dismissal of my case.

10  Date of signing:          03/02/2019

11  Signature of Plaintiff

12  Printed Name of Plaintiff    Brenda M. Johnson

13  Date of signing:

14  Signature of Plaintiff

15  Printed Name of Plaintiff

16

17  Date of signing:

18  Signature of Plaintiff

19  Printed Name of Plaintiff

20

21

22

23

24

COMPLAINT FOR A VIOLATION OF FAIR LABOR
STANDARDS - 9

Cases related: 3:14-cv-05872

| | | | | |
|---|---|---|---|---|
| JOHNSON, BRENDA | 19-2-04429-8 | DE F | VICTORIAN MANOR LLC VS. BRENDA JOHNSON | 01/04/19 |
| JOHNSON, BRENDA M | 14-2-12645-5 | PL A | BRENDA M JOHNSON VS. DEPARTMENT OF CHILD SUPPORT | 09/23/14 |
| JOHNSON, BRENDA M | 14-2-12697-8 | PL A | BRENDA M JOHNSON VS. ELECTRONIC TRANSACTION CONSULTANTS | 09/24/14 |

**Pierce County Superior Court Civil Case 19-2-04429-8**

 Purchase Copies

United States Western Washington In Tacoma WA.

Case List related cases:

No. 15-35959 d.c. no. 3:14-cv-05872-rjb

No. Johnson v. Electronic Transaction Consultants Corporation (3:17-cv-06009)

Brenda M. Johnson