Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENDA M. JOHNSON,

          Plaintiff,

   v.

ELECTRONIC TRANSACTION
CONSULTANTS CORPORATION,
*et al.*,

          Defendants.

No. C19-337 RAJ

ORDER OF DISMISSAL

    The Complaint in this matter was filed on March 12, 2019. On June 25, 2019, the Court entered a Minute Order to Show Cause why Defendants should not be dismissed without prejudice due to Plaintiff's failure to provide proof that proper service of the Summons and Complaint has been made on Defendants as required by Fed. R. Civ. P. 4(m).

    On May 8, 2019, Plaintiff filed an "Amended Certificate of Service" indicating the Summons and Complaint were hand-delivered to Attorney Teruyuki Olsen at Oseran Hahn, P.S.

    On June 26, 2019, Plaintiff filed an "Exhibit – Certification of Service to Robert King" and on July 1, 2019, Plaintiff filed a Response to the Court's Order to Show Cause indicating Plaintiff mailed the Summons and Complaint via U.S. Postal Service certified mail to Attorney Robert R. King at 1201 Third Avenue, Suite 3400, in Seattle.

Federal Rule of Civil Procedure 4(h) sets forth the requirements for effectuating service of process upon a corporation. Plaintiff's hand delivery to Attorney Teruyuki Olsen and certified mailing to Attorney Robert R. King of the Summons and Complaint do not constitute proper service upon Defendants pursuant to Fed. R. Civ. P. 4(h).

On July 3, 2019, the Court entered a Minute Order requiring Plaintiff to show cause no later than July 17, 2019 why this matter should not be dismissed without prejudice and without further notice for failure to prosecutor due to Plaintiff's failure to provide proper proof of service in compliance with Fed. R. Civ. P. 4(h).

On July 3, 2019, Plaintiff filed an "Affidavit of Mailing of Summons and Complaint to Washington Department of Transportation" and a "Certificate of Service," and on July 15, 2019, Plaintiff filed a "Declaration of Brenda Johnson re: Service of Amended Complaint and Summons." There is no evidence contained in Plaintiff's submissions that provides proof that proper service has been effectuated on Defendants in compliance with Fed. R. Civ. P. 4(h).

Accordingly, this matter is DISMISSED without prejudice.

DATED this 23rd day of July, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge