UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENDA M. JOHNSON,

    Plaintiff,

v.

ELECTRONIC TRANSACTION CONSULTANTS CORPORATION and WASHINGTON DEPARTMENT OF TRANSPORTATION,

    Defendants.

Case No. 19-cv-00337-RAJ

ORDER

In response to the August 21, 2019 Referral Notice (Dkt. # 30) from the Ninth Circuit Court of Appeals in this case (Appeal Number 19-35630), the Court certifies in accordance with 28 U.S.C. § 1915(a)(3) that Plaintiff's appeal in this case is frivolous and taken in bad faith.

The Court accordingly **REVOKES** Plaintiff's *in forma pauperis* status for purposes of the appeal. The Court directs the Clerk to ensure that the parties and the Clerk of the Ninth Circuit Court of Appeals receive a copy of this order.

DATED this 23rd day of August, 2019.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1

ORDER – 2