HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENDA M. JOHNSON,

    Plaintiff,

v.

ELECTRONIC TRANSACTION CONSULTANTS CORPORATION and WASHINGTON DEPARTMENT OF TRANSPORTATION,

    Defendants.

Case No. 19-cv-00337-RAJ

**ORDER DENYING PLAINTIFF'S MOTION**

## I. INTRODUCTION

This matter is before the Court on Plaintiff's motion and objections to the Court's orders dismissing the action and denying Plaintiff's motion for reconsideration ("Motion"). Dkt. # 36. For the same reasons set forth in the Court's order denying Plaintiff's motion for reconsideration, the Court **DENIES** the Motion.

The court directs Plaintiff not to file any further papers in C19-00377RAJ; and further directs the clerk not to accept any future filings from Plaintiff in the above-captioned matter, exclusive of an amended complaint. *See DeLong v. Hennessey*, 912 F.2d 1144, 1148 (9th Cir. 1990) (stating that in dealing with litigants, the federal courts possess inherent power to regulate the activities of abusive litigants by imposing carefully tailored restrictions under the appropriate circumstances). If Plaintiff fails to file an amended complaint that states a cognizable claim for relief, the Court will dismiss the action with

ORDER – 1

prejudice. *See Leadsinger, Inc. v. BMG Music Pub.*, 512 F.3d 522, 532 (9th Cir. 2008) ("futility of amendment" justifies denial of leave to amend).

DATED this 4th day of October, 2019.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2